# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  
    Hector Victuelles  
    Zosima Victuelles  
        Debtor(s)

Case No. 13-34417

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/29/2013.

2) The plan was confirmed on 11/22/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/19/2014.

5) The case was converted on 10/07/2014.

6) Number of months from filing to last payment: 10.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $43,100.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $12,960.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $12,960.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,900.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $505.46 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,405.46

Attorney fees paid and disclosed by debtor:    $100.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ANTIO LLC | Unsecured | 4,483.00 | 4,129.06 | 4,129.06 | 401.23 | 19.37 |
| ANTIO LLC | Unsecured | 6,510.00 | 6,652.97 | 6,652.97 | 646.47 | 31.20 |
| ANTIO LLC | Unsecured | NA | 1,668.09 | 1,668.09 | 161.88 | 7.95 |
| AT&T MOBILITY II LLC | Unsecured | NA | 324.24 | 324.24 | 20.13 | 0.54 |
| BANK OF AMERICA | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 7,486.00 | 7,486.56 | 7,486.56 | 727.48 | 35.11 |
| CAPITAL ONE BANK USA | Unsecured | 5,331.00 | 5,426.60 | 5,426.60 | 527.31 | 25.45 |
| CAPITAL RECOVERY V | Unsecured | NA | 78.52 | 78.52 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 646.00 | 1,494.63 | 1,494.63 | 145.24 | 7.01 |
| COMENITY BANK | Unsecured | 1,866.00 | 2,892.29 | 2,892.29 | 281.05 | 13.56 |
| DEPARTMENT STORES NATIONAL B | Unsecured | NA | 2,418.06 | 2,418.06 | 234.67 | 11.52 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 2,418.00 | 4,276.98 | 4,276.98 | 415.60 | 20.06 |
| DISCOVER BANK | Unsecured | 100.00 | 1,985.62 | 1,985.62 | 192.95 | 9.31 |
| ELDORADO RESORTS CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL NATIONAL MORTGAGE AS | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GREEN TREE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HYUNDAI MOTOR FINANCE CO | Unsecured | NA | 1,553.64 | 1,553.64 | 150.79 | 7.40 |
| LVNV FUNDING | Unsecured | NA | 649.15 | 649.15 | 62.99 | 3.10 |
| NISSAN MOTOR ACCEPTANCE CORP | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE CORP | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 4,811.00 | 5,341.77 | 5,341.77 | 519.07 | 25.05 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 6,666.00 | 6,666.14 | 6,666.14 | 647.76 | 31.26 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 2,050.00 | 2,319.40 | 2,319.40 | 225.38 | 10.88 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 1,682.08 | 1,682.08 | 163.25 | 8.01 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,552.00 | 1,552.78 | 1,552.78 | 150.89 | 7.28 |
| ROOMPLACE WFNNB | Unsecured | 1,484.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GECRB LENSCRAFTERS | Unsecured | 696.00 | NA | NA | 0.00 | 0.00 |
| GECRB LOWES | Unsecured | 6,867.00 | NA | NA | 0.00 | 0.00 |
| HH GREGG GE CAPITAL | Unsecured | 1,382.00 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT CREDIT SVC CITICARI | Unsecured | 4,007.00 | NA | NA | 0.00 | 0.00 |
| EXXON MOBIL CITIBANK | Unsecured | 2,692.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 2,483.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Secured | 9,127.00 | 8,243.83 | 8,243.83 | 2,440.50 | 165.84 |
| VERMONT STUDENT ASSISTANCE | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,243.83 | $2,440.50 | $165.84 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$8,243.83** | **$2,440.50** | **$165.84** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$58,598.58** | **$5,674.14** | **$274.06** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,405.46 |
| Disbursements to Creditors | $8,554.54 |
| **TOTAL DISBURSEMENTS :** | **$12,960.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/17/2014                             By: /s/ Glenn Stearns
                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**